United State District Court
4-19-004

Rosalie DeRosa

Alick Security
V

I am filing agenst Alick Security Co
for Handicap Discrimination Stalking
and Harrising me when I am in South
Station The Security sends over to my
Table street People to Harris me
They are drunk The Manager of the
Bulding he would not tell me his
name, Security calls the MBTA
on me and lies about me I have
to tell the truth to MBTA and They
understand. The Security lets street
People stay all the time they eat
sleep and drink all the time they
dont pay one cent for anything The
Sleep all day long If I close my
eyes The Manager comes over to
me and Bangs on my table

but I see people sleeping and the
manager never says anything to
them. I have taken pictures of
them sleeping I spend money for
Tickets and food And he Street
People pay nothing for food or
tickets They take off there cloths
+ wash there hair Takes wash cloth
and wash feet and then face

they drink & smoke
in Bathroom +
Security knows it

Rosalie DeRosa
PoBox 684
Westwood Mass
02090

S9-18-78

# ST. JOSEPH HOSPITAL
## MEDICAL RECORDS DEPARTMENT
### 360 BROADWAY
P.O. BOX 403
BANGOR, MAINE 04402-0403
Telephone # 207-262-1377
Fax # 207-262-1916

'02 19 P 3 57

DATE SENT: _7·18-02_

NAME OF SENDER: _Christine_

NUMBER OF PAGES (INCLUDING THIS COVER PAGE): _6_

PLEASE DELIVER TO:

NAME: _Rosalie De Rosa_

DEPARTMENT: _____

FAX #: _781-890-1901_

SPECIAL INSTRUCTIONS:

_____
_____
_____
_____

## NOTE:

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE TO THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT, RESPONSIBLE FOR DELIVERING THIS INFORMATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENT OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO US.

WE WOULD APPRECIATED A RETURN CALL LETTING US KNOW THAT THIS FACSIMILE HAS BEEN RECEIVED. THANK YOU.

ST JOSEPH HOSPITAL
360 BROADWAY
BANGOR, MAINE 04401

DEPARTMENT OF MEDICAL IMAGING

PATIENT: DE ROSA, ROSALIE                    ROOM: *EMR

PO BOX 684                          DATE SCHEDULED 03/30/2002
WESTWOOD, MA 02090                  ATTEND PHYS: MICHAEL J LESCORD MD
PHONE: (000)                        REF PHYS:*UNKNOWN
PRIMARLIABILITY S/P                 ACCT #: 108118993
              59-18-78              MR#                    D007/26/1935
GUAR: DE ROSA, ROSALIE              SEQ#:     1
EXAM: CHEST PA & LATERAL
RSN FOR EX:   RM 14 CXR DUE TO PAIN

REPORT FOR RADIOLOGY CONSULTATION

Chest two views 71020

Comparison: None

Technique: PA and lateral chest x-ray.

FINDINGS:

Cardiac and mediastinal silhouettes are within normal limits.

The lungs are clear. There are no diffuse or focal infiltrates.  Soft tissues
and bony structures are unremarkable.

IMPRESSION:

Clear chest x-ray.

DOD: 3-31-02  11:32 A.M. #193147 CODE: N


TRANSCRIBED: 4/01/2002   8:00  BY JUNE COMMEAU     STAF      STATUS: V

READING RADIOLOGIST  Benjamin Bamford, M.D. VERIFIED BY: Steven Hintz, M.D.

Case 1:04-cv-10803-WGY    Document 2

PAGE:  1  R A D I O L O G Y   I N F O R M A T I O N   S Y S T E M    RARL325
RUN TIME:  8:40:45                                      RUN DATE04/01/2002

ST JOSEPH HOSPITAL
360 BROADWAY
BANGOR, MAINE  04401

DEPARTMENT OF MEDICAL IMAGING

PATIENT:  DE ROSA, ROSALIE                ROOM:  *EMR

PO BOX 684                    DATE SCHEDULED 03/30/2002
WESTWOOD, MA  02090          ATTEND PHYS: MICHAEL J LESCORD MD
PHONE:  (000)                REF PHYS:*UNKNOWN
PRIMARLIABILITY S/P          ACCT #:  108118993
                  59-18-78   MR#              D007/26/1935
GUAR: DE ROSA, ROSALIE       SEQ#:    2
EXAM:  HUMERUS
RSN FOR EX:   RM 14 LT UPPER ARM DUE TO PAIN

---

REPORT FOR RADIOLOGY CONSULTATION

---

Left humerus- 73060

Comparison: None

Technique:  Left humerus- two views

FINDINGS:

Left humerus is unremarkable.   There is no evidence of fracture or
dislocation. No bony destructive or periosteal reaction is identified.   Left
shoulder is grossly normal as is the left elbow.

IMPRESSION:

Negative left humerus.

DOD:   3-31-02  1132 hours #193147 CODE: N


TRANSCRIBED:  4/01/2002    8:06  BY JUNE COMMEAU    STAF     STATUS:  V

READING RADIOLOGIST  Benjamin Bamford, M.D. VERIFIED BY: Steven Hintz, M.D.

Emergency Department

# ST. JOSEPH HOSPITAL
(Conducted by the Felician Sisters)
360 Broadway
Bangor, Maine 04401

## EMERGENCY DEPARTMENT NOTE

PATIENT'S NAME: DE ROSA , ROSALIE
DATE OF BIRTH:
MR #: 59-18-78                    ACCT#: 108118993
ADMISSION DATE: 03/30/2002
ED PHYSICIAN: Michael Lescord , M.D.
PRIMARY CARE PHYSICIAN:   ,

TIME:
(1)TRIAGE: 1835   (2)REGISTRATION: 1909 (3)ROOM: 1925 (4)PHYSICIAN: 1950

CHIEF COMPLAINT: Left arm and left breast injury.

HISTORY OF PRESENT ILLNESS\REVIEW OF SYSTEMS: The patient is a 66-year-old paraplegic female who was taking a bus with her wheelchair when she was grabbed by the bus driver in her left arm and forearm area, and she sustained an injury to her left breast. She states that she has pain over much of the chest where her left breast is. There is no shortness of breath, no cough, and no hemoptysis.

Up until this acute injury, the patient had done well without chronic fevers, weight loss, or anorexia. There is no cough or sputum production. No nausea, vomiting, or diarrhea. The remainder of the review of systems is negative.

ALLERGIES: Penicillin, aspirin, Keflex, sulfa drugs, and E-Mycin.

MEDICATIONS: What appears to be Voltaren 75 mg p.o. q.i.d.

TETANUS STATUS:

PAST MEDICAL HISTORY: Significant for breast cancer. The patient also is paraplegic.

SOCIAL HISTORY: She lives with her daughter and does not smoke or drink.

FAMILY HISTORY:

VITAL SIGNS TEMP: 97.4 degrees  PULSE: 73   RESP: 18  BP: 130/80

OBJECTIVE FINDINGS: The patient appears as a 66-year-old lady in no acute distress. HEENT exam shows pupils equally round and reactive to light. Extraocular motions are full. Oropharynx is moist. There is no exudate. The neck is supple; there is no posterior tenderness. Lungs are clear. The patient's left breast is post surgical changes in the nipple area; this area is tender, and

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

ST. JOSEPH HOSPITAL
EMERGENCY DEPARTMENT NOTE

Name:        DE ROSA , ROSALIE
MR#:         59-18-78

Page 2

this is the area where the patient states she was struck. The patient's left upper arm is tender to palpation. The left shoulder has full range of motion. The left elbow has full range of motion. Distal neurovascular exam of the left upper extremity is normal. Chest is otherwise nontender. Abdominal exam shows good bowel sounds without hepatosplenomegaly. The abdomen is soft and nontender without guarding.

DIFFERENTIAL DIAGNOSIS: Fracture versus contusion versus sprain.

PROCEDURES:

ABG/PULSE OXIMETRY: O₂ sat is 99% on room air.
X-RAY: X-rays of the left upper arm and chest appear normal.
EKG/OTHER:
LABS:

MEDICAL DECISION MAKING:

CLINICAL IMPRESSIONS:
1. Left breast contusion.
2. Left upper arm contusion.

DISPOSITION: Discharge.

DISCHARGE PLAN/INSTRUCTIONS: Darvocet-N 100, #15, no refills. Contusion instructions via Logicare. Early followup with local family physician. Return here if worse.

DISCHARGE CONDITION: Stable.

DISPOSITION TIME: 2045.

Michael Lescord , M.D.

D: 03/31/2002 02:56
T: 04/04/2002 50001038
ML / mr

CC:

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPT                ST. JOSEPH HOSPITAL          DATE: 03/30/02
     108118993                     360 BROADWAY            TIME: 19:09.
M.R.#:59-18-78                  BANGOR, MAINE 04401         ARRIVED:1 CAR
                                                          LESCORD, MICHAEL J
P   DE ROSA, ROSALIE                    G   DE ROSA, ROSALIE
A   PO BOX 684                          U   PO BOX 684
T                                       A
I   WESTWOOD, MA 02090                  R   WESTWOOD, MA 02090
E            AGE: 066Y  DOB:
N   SEX: F  SOC.                                          ADMIT BY: SBESTAF
T   PAT. EMPL: RETIRED
    GUAR EMPL: RETIRED

    LIABILITY BANGOR CITY
I   GRP#
N   POL#
S   DE ROSA, ROSALIE

ALLERGIES: Sulfa, PCN, ASA, Keflex, E-Mycin          PCP: OUT-OF-AREA-PCP,

IMMU/TET:        NURSE SIG: Julie Rose RN  1925              RM:

INJ:LT ARM/BREAST INJURY          TM:17:30 DT:03/30/02 PL:SHAWS MAIN ST BGR

HX: (TIME PT SEEN BY MD  1950    )              LAB: CBC   AMYLASE   Q/HCG

        Grabbed L arm, forearm               PT      PTT      LIPASE
        hit breast
                                             ESR     BMP      MG

                                             CHP     U/A      EKG

                                             HP      U/HCG    ABG

PE:                                          * p彼is
                                             *  L upper arm           CIS   S/HCG   RSS
                                             *
                                             *  tender, Dome cool
                                             *
                                             *
                                             ( CXR )          HAND_____   ANKLE_____
                                             ACUTE ABD        WRIST_____  FOOT_____
                                             2VIEW ABD        ELBOW_____  LEG_____
                                             C-SPINE          SHOULDER___ HIP_____
                                             T-SPINE          KNEE_____   CT_____
                                             LS SPINE         FINGER_____ US_____
! __ ! DICTATED

CONSULT PHYSICIAN: PAGED:_____RESPOND:_____  ARRIVED:_____
                                             *_____
X-RAY:                                       *  DARVOCET started PT
                                             *_____
DX:         L upper arm strain               *_____
                                             *DISCH. TIME
        chest wall contusion                 *IMP____SAME

RX/INSTRUCTIONS:                             *DISCHARGE CODE
                                             *
INST:                                        * 1 2 3 4 5 6 7
                                             *
/DATE      99283:    3/30/02                  * OTHER _____
                                                                    MD
                                             E.R. CONTINUATION____

# ✠ St. Joseph Hospital

360 Broadway
P.O. Box 403
Bangor, ME 04402-0403
(207) 262-1248 • (207) 262-1249

**DETAIL BILL**

PLEASE REFER TO THIS NUMBER
ON ALL CORRESPONDENCE ➤

| PATIENT TYPE | PAGE |
|---|---|
| EMERGENCY   E | 1 |

PATIENT ACCOUNT NUMBER
108118993

| PHONE NO. | ATTENDING PHYSICIAN | MEDICAL RECORD NBR |
|---|---|---|
| | LESCORD, MICHAEL J | 59-18-78 |

| NT NAME | ADMISSION DATE | DISCHARGE DATE | DAYS | BIRTHDATE | GROUP NO. | MEMBER NO. |
|---|---|---|---|---|---|---|
| ROSA, ROSALIE | 3/30/02 | 3/30/02 | | | | |

PATIENT OR GUARANTOR NAME AND ADDRESS

ROSALIE DE ROSA
PO BOX 684

WESTWOOD, MA 02090

Tax I.D. # 01-0212435

| COVERAGE | CODE | | |
|---|---|---|---|
| 1ST | 0031 | LIABILITY BANGOR CITY |
| 2ND | | |
| 3RD | | |

| ARGE NO. | DESCRIPTION OF CHARGES | DATE | QUANTITY | CODE | AMOUNT |
|---|---|---|---|---|---|
| 01830 | 250  PHARMACY | | | | |
| | DARVOCET N 100 | 3/30/2002 | 5 | | 16.00 |
| | ** SUBTOTAL ** | | 5 | | 16.00 |
| | 320  RADIOLOGY - DIAGNOSTIC | | | | |
| 00134 | CHEST; 2 VIEWS | 3/30/2002 | 1 | | 110.00 |
| 04334 | HUMERUS,MINIMUM 2 VIEWS | 3/30/2002 | 1 | | 141.40 |
| | ** SUBTOTAL ** | | 2 | | 251.40 |
| 02635 | 450  EMERGENCY ROOM | | | | |
| | ER FEE LEVEL I | 3/30/2002 | 1 | | 44.30 |
| | ** SUBTOTAL ** | | 1 | | 44.30 |
| 02799 | 981  PRO FEES-EMERGENCY ROOM | | | | |
| | EMERGENCY SERVICE LEV IV | 3/30/2002 | 1 | | 237.25 |
| | ** SUBTOTAL ** | | 1 | | 237.25 |
| | *** TOTAL CHARGES --> | | | | 548.95 |

▼ **BALANCE** ▼

548.95

**Maine Medical Center**

Emergency Department
22 Bramhall Street
Portland, ME  04102
(207) 871-2381

Brighton FirstCare
335 Brighton Ave.
Portland, ME  04102
(207) 879-8111

------------------------------------------------------------

Patient Name: ROSALIE DEROSA  DOB:                    DOS:04/11/2002
Visit Number: 044737680001  Visit Location: ER - Bramhall Campus

------------------------------------------------------------

IMPORTANT: We have examined and treated you today on an
emergency basis only. This is not a substitute for, or an
effort to provide, complete medical care. In most cases, you
must let your doctor check you again. Tell your doctor about
any new or lasting problems. It is impossible to recognize
and treat all injuries or illnesses in a single Emergency
Department visit. If you had special tests such as EKG's and
X-rays, we will review them again within 24 hours. We will
call you if there are any new suggestions. After leaving,
you should **FOLLOW THE INSTRUCTIONS BELOW.**

A treating provider for you was:
The supervising/treating physician John Saucier M.D.
You were discharged by Vicki  C RN on 04/11/2002 at 02:07

**TODAY YOUR DIAGNOSIS IS:** breast lump

**Do the following:**
Follow-up at Breast Care Center

**Call your doctor if you have:**
- any new or severe symptoms.

**MOIST HEAT** (Warm Packs).
*******************************************************
Moist heat will help your injured area heal and relax.

**Follow these steps carefully to use warm packs:**
1) Wet and wring out clean towels in comfortably warm water.
   **Use Warm, Not Hot Water!**
2) Put the warm, wet towels on the affected area and cover
   the wet towels with a waterproof cover. Lay a dry towel
   over this cover.
3) Leave the pack on for 20 minutes.
4) Repeat this every 4 to 6 hours while awake.
**Stop Using the Warm Packs and Call your doctor if you have:**

Portions Copyrighted 1986-2002. LOGICARE Corporation. Page 1, continued...

Maine Medical Center

Emergency Department
22 Bramhall Street
Portland, ME  04102
(207)871-2381

Brighton FirstCare
335 Brighton Ave.
Portland, ME  04102
(207)879-8111

--------------------------------------------------------------

**Patient Name:** ROSALIE DEROSA  **DOB:**        **DOS:**04/11/2002
**Visit Number:** 044737680001  **Visit Location:** ER - Bramhall Campus
--------------------------------------------------------------

IMPORTANT: We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

A treating provider for you was:
The supervising/treating physician John Saucier M.D.
You were discharged by Vicki C RN on 04/11/2002 at 02:07

TODAY YOUR DIAGNOSIS IS: breast lump

Do the following:
Follow-up at Breast Care Center

Call your doctor if you have:
- any new or severe symptoms.

MOIST HEAT (Warm Packs).
*****************************************************
Moist heat will help your injured area heal and relax.

Follow these steps carefully to use warm packs:
1) Wet and wring out clean towels in comfortably warm water. Use Warm, Not Hot Water!
2) Put the warm, wet towels on the affected area and cover the wet towels with a waterproof cover. Lay a dry towel over this cover.
3) Leave the pack on for 20 minutes.
4) Repeat this every 4 to 6 hours while awake.
Stop Using the Warm Packs and Call your doctor if you have:

- blisters or redness.
- loss of feeling.
- swelling.
- any new or severe symptoms.

*****************************************************
THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
*****************************************************
Follow-up at the Breast Care Center.  Call as soon as possible to make the appointment.  You can reach the clinic at 885-7760.
*****************************************************
Return to the Emergency Department at Maine Medical Center if you have any new or worsening symptoms - any redness of fever.
*****************************************************

AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, you may return here.

X-Ray Reports:
If you had an X-Ray taken today you may need to obtain copies of your x-rays to take to your follow-up visit:

The Maine Medical Center Radiology Department has established a Central Film Library, (CFL) at 125 John Roberts Road, Unit 3, in South Portland. Images done at the various MMC facilities are usually transported to the John Roberts Road site and not stored at the performing facility.

If your physician request you to bring your images with you to your next appointment, please follow the instructions below.

1. Call Central Film Library, 24 hours in advance if

Portions Copyrighted 1986-2002, LOGICARE Corporation, Page 1. continued...

Maine Medical Center

Emergency Department
22 Bramhall Street
Portland, ME  04102
(207)871-2381

Brighton FirstCare
335 Brighton Ave.
Portland, ME  04102
(207)879-8111

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Patient Name: ROSALIE DEROSA  DOB:              , DOS:04/11/2002
Visit Number: 044737680001  Visit Location: ER - Bramhall Campus

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

possible. at (207) 871-2328.

2. State your full name. date of birth and if available. the number above your name on your blue MMC card.

3. State the type of images you need to pick up.

4. Tell them the date and time you will be picking up the images and the name and address of the physicians or facility where you are taking the images.

5. Leave a daytime phone number where you can be reached in case of a potential problem.

If you prefer. the above information can be faxed to (207) 871-6044.

Images can be picked up at CFL between 7 AM and 7 PM every day. including weekends.

"I understand the written and discussed instructions. My questions have been answered."

_Rosalie D. Rosce_
Patient or Responsible Person

_____
Physician or Nurse

CIGARETTE SMOKING: This is a great health problem! The facts are clear that cigarette smoking can shorten your life. It can also cause a great deal of illness along the way. If you smoke and need help quitting. talk to your regular doctor.

SEATBELTS. There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

Portions Copyrighted 1986-2002. LOGICARE Corporation. Page 2. last page.

Maine Medical Center

Emergency Department
22 Bramhall Street
Portland, ME  04102
(207) 871-2381

Brighton FirstCare
335 Brighton Ave.
Portland, ME  04102
(207) 879-8111

------------------------------------------------------------

**Patient Name:** ROSALIE DEROSA  **DOB:** 07/26/1935 **DOS:** 04/11/2002
**Visit Number:** 044737680001  **Visit Location:** ER - Bramhall Campus

------------------------------------------------------------

possible, at (207) 871-2328.

2. State your full name, date of birth and if available, the number above your name on your blue MMC card.

3. State the type of images you need to pick up.

4. Tell them the date and time you will be picking up the images and the name and address of the physicians or facility where you are taking the images.

5. Leave a daytime phone number where you can be reached in case of a potential problem.

If you prefer, the above information can be faxed to (207) 871-6044.
Images can be picked up at CFL between 7 AM and 7 PM every day, including weekends.

"I understand the written and discussed instructions. My questions have been answered."

_Rosalie DeRosa_
Patient or Responsible Person

Physician or Nurse

CIGARETTE SMOKING: This is a great health problem! The facts are clear that cigarette smoking can shorten your life. It can also cause a great deal of illness along the way. If you smoke and need help quitting, talk to your regular doctor.

SEATBELTS. There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

Portions Copyrighted 1986-2002, LOGICARE Corporation.  Page 2, last page.



**Maine Medical Center**

## HEALTH INFORMATION MANAGEMENT
## RELEASE OF INFORMATION SECTION

05/28/02

ROSALIE DEROSA
PO BOX 684
WESTWOOD, MA  02090

---

ROSALIE   DEROSA       MR# 04473768     REQUEST #  169140

---

**Admission  Discharge  Type  MMC Account Number**
04/11/02   04/11/02       044737680001

The following is in response to your request of 05/28/02 for the above
named patient:

**1. Enclosed you will find the requested information.**

If you have any questions, please call the Release of Information Specialist at 207-871-2211 between
8:00 A.M. and 4:30 P.M.

Release of Information Specialist
Health Information Management

### PROHIBITION ON REDISCLOSURE
**The requested medical information has been disclosed to you from records protected by
various state and federal laws and regulations.  Such laws and regulations prohibit you
from making any further disclosure of the medical information unless further disclosure
is expressly permitted by the written authorization of the individual to whom it pertains
or as otherwise permitted by law.  A general authorization for the release of medical or
other information is NOT sufficient for this purpose.**

**Maine Medical Center**
Page 3 of 4

## STANDARD OF CARE FOR GENERAL MEDICAL/SURGICAL PATIENT IN THE EMERGENCY DEPARTMENT


144585

```
DEROSA, ROSALIE          EMERG
044737680001 07/26/35 F CATG
DOS: 04/11/02 00:12 DR.
SPH: _____ DT: _____ TM: :
```

DATE: _____

| GLASGOW COMA SCALE | ADULT | | PEDIATRIC | |
|---|---|---|---|---|
| Eye Opening | Spontaneous | 4 | Spontaneous | 4 |
| | To Voice | 3 | To Voice | 3 |
| | To Pain | 2 | To Pain | 2 |
| | None | 1 | None | 1 |
| Verbal Response | Orientated | 5 | Coos/Babbles | 5 |
| | Confused | 4 | Irritable | 4 |
| | Inappropriate Words | 3 | Cries to Pain | 3 |
| | Incomprehensible Words | 2 | Moans to Pain | 2 |
| | None | 1 | None | 1 |
| Motor Response | Obeys Commands | 6 | Normal Spontaneous Movement | 6 |
| | Localizes Pain | 5 | Withdraws to Touch | 5 |
| | Withdraw (pain) | 4 | Withdraw (pain) | 4 |
| | Flexion (pain) | 3 | Abnormal Flexion | 3 |
| | Extension (pain) | 2 | Abnormal Extension | 2 |
| | None | 1 | None | 1 |

**KEYS**

**PUPILLARY SIZE**

9mm  5mm
8mm  4mm
7mm  3mm
6mm  2mm
     1mm

| | 24-h Time | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Blood Pressure | | | | | | | | | |
| Pulse (rate and rhythm) | | | | | | | | | |
| Respiration | | | | | | | | | |
| Temperature | | | | | | | | | |
| Pulse Oximetry % | | | | | | | | | |
| O2 Source/lpm | | | | | | | | | |
| Total Coma Score | | | | | | | | | |
| Pupil   OD s/r | | | | | | | | | |
| OS s/r | | | | | | | | | |
| Urine Output/Cum | | | | | | | | | |

| IV THERAPY | SOLUTION | 24-h Time | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IV #1: gauge ____ Site: ____ Started by: ____ | | | | | | | | | |
| IV #2: gauge ____ Site: ____ Started by: ____ | | | | | | | | | |

KEY: RBC = Red Blood Cells   Cryo = Cryoprecipitate   Plt = Platelets   FFP = Fresh Frozen Plasma

**INTAKE**

| | |
|---|---|
| Prehospital IV Fluids | _____ |
| ED IV Fluids | _____ |
| ED Blood Components | _____ |
| Other _____ | _____ |
| **Total Intake** | _____ |

**OUTPUT**

| | |
|---|---|
| Urine | _____ |
| Nasogastric Tube | _____ |
| Chest Tube | _____ |
| Other _____ | _____ |
| **Total Output** | _____ |

| MEDICATIONS | DOSE | ROUTE | 24-h Time | | | | NURSE/PHYSICIAN |
|---|---|---|---|---|---|---|---|
| _illegible_ | 15mg | IM | | | | | _illegible signature_ |
| _illegible_ | 15mg | IM | | | | | _illegible signature_ |
| _illegible_ | _illegible_ | _illegible_ | 50 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Maine Medical Center
Page 4 of 4

**STANDARD OF CARE FOR GENERAL MEDICAL/SURGICAL PATIENT IN THE EMERGENCY DEPARTMENT**

DEROSA, ROSALIE EMERG
044737680001 07/26/35 F CAT *
DOS: 04/11/02 00:12 DR.______
SPM:______ DT:______ TM:__:__

DATE: ______________

**FOCUS NOTES/RHYTHM STRIPS**

0200) [illegible] NAD —— [illegible]
0235) [illegible] home [illegible] [illegible] [illegible] [illegible]
[illegible] ——

**PATIENT/SUPPORT PERSON EDUCATION/DISCHARGE PLAN:**
Learning Assessment: ☐ Significant Findings: Identify findings and adjustments to teaching: ______

| Initials | RTL* | Information Taught | Who was Taught? | Handouts Given? | Response to Teaching | Reinforce Teaching Initials | Reinforce Teaching Response to Teaching |
|---|---|---|---|---|---|---|---|
| [illegible] | A | Pain Management | Pt | DI | 2 | | |
| ↓ | | *As applicable:* - Use of Pain Scale - Medications, complementary therapy | ↓ | | | | |
| | | Health issues/illness: - Diagnosis and Treatment Plan | | ↓ | ↓ | | |
| | | Safe, effective use of medications: - Food/Drug Interactions - | | | | | |
| | | *As applicable:* - Nutrition | | | | | |
| | | *As applicable:* - Activity/Treatments - | | | | | |
| | | *As applicable:* - Safe, effective use of equipment - Assistive devices | | | | | |
| ✓ | | Community Resources: - Money to purchase meds/equipment - Transportation to referrals - Follow-up plan for further medical assistance | ↓ | ↓ | ↓ | | |

| *RTL = Readiness to Learn | Method Used | Response To Teaching |
|---|---|---|
| A. No Barriers; E. Unreceptive | H = Handout, Brochure | 1. Demonstrates understanding |
| B. Fatigue/Pain; F. Other: | ITV = Interactive TV | 2. Verbalizes understanding |
| C. Communication Barrier | V = Video | 3. Needs reinforcement; 5. Support person needed |
| D. Cognitive/Sensory Impairment | DI = Disch Instructions | 4. Poor understanding; 6. Unable to learn |

ED 144585+ 5/01 avr 1-6506

Maine Medical Center
Page 1 of 4
# STANDARD OF CARE
## FOR GENERAL MEDICAL/
## SURGICAL PATIENT IN THE
## EMERGENCY DEPARTMENT


144585

DEROSA, ROSALIE
044737680901                    EMERG
DOS: 04/11/02 00:12 DR.          CAT
SPM: _____ DT: _____ TM: _:_

DATE: 4/11/02        24-h Time: 0030        Triage Nurse: _____ RN        Triage Category: 4

**COLLABORATIVE PROBLEMS**

1. Physical/emotional symptoms of helath condition.

2. Anxiety.

3. _____

**OUTCOMES**                                                              **MET**

a. Meets discharge criteria or admitted to an
   inpatient unit.                                                       _____

a. Verbalizes/demonstrates understanding of disease
   process, treatment plan and follow-up care.                          _____

a. _____                                             _____

---

**PRIMARY ASSESSMENT:**
T 37   ☐ Tympanic/rectal   ☐ PO   ☐ Rectal   P 58   R 16   B/P 178/55   Pulse Oximetry % _____   ☐ R/A   ☐ O₂ _____ lpm
Pain Scale # _____

States assaulted / week punched in ® breast area c ecchymosis
c/o increasing pain

Hx of breast CA   arthritis

Tetanus Status: _____   Last Normal Menstrual Period: _____   Mass _____ ☐ kg.
Interpreter called: ☐ 24-h time _____   ☐ Not Applicable   ☐ Refused
                                                         Abuse Screening   ☐ Done   ☐ N/A

Allergies: ASA Penicillin E Mycin Sulfa Reglan
Medications: Voltaren (recent / week ago)
C-spine Protocol: Physician _____   ☐ Immobilized   ☐ C-collar removed

**PROTOCOLS:** Check protocols initiated.

☐ Triage (Medical)

☐ _____

☐ _____

**REFERRALS MADE:**                                        **DATE**

_____      _____

_____      _____

_____      _____

| 24-h Time/Initials | | Signature/Title | 24-h Time/Initials | | Signature/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ED     144585+ 5/01  avr 1-6506

# MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT RECORD

440352

| CALL PATIENT | BACK ON | → | DATE | FOR | REASON | NAME | CHARGE LEVEL | TRAUMA ROOM | POSTED |
|---|---|---|---|---|---|---|---|---|---|

| TRIAGE NOTE | TIME: | TRIAGE NURSE: | | | | TRIAGE CATEGORY: |
|---|---|---|---|---|---|---|

| T | P | R | | BP | Rt | Lt |
|---|---|---|---|---|---|---|

|  | TIMES |
|---|---|
| CUBICLE |  |
| SEEN |  |
| CONSULT |  |
| DISCHARGE |  |

MEDICATIONS

ALLERGIES

| NURSES NOTES | PRIMARY NURSE: | TIME | TEMP | P | R | BLOOD PRESSURE RIGHT | LEFT |
|---|---|---|---|---|---|---|---|
| LAST TETANUS | | | | | | | |
| LNMP | | | | | | | |

☐ SEE OTHER NURSES NOTES

| ORDERS | RECORDS CALLED AT | ORD. BY | TIME | ACTION BY | TIME |
|---|---|---|---|---|---|
| Breast care renten - serborron | | | | | |
| Vicodin (4) - i po gid p-r | | | | done | |

ATTENDING PHYSICIAN                    RESIDENT / PHYSICIAN ASSISTANT / MEDICAL STUDENT

EMRGR-5737                    MAINE MEDICAL CENTER
04/11/02  00:21            EMERGENCY RECORD                    044737680001
                    ==================
DEROSA, ROSALIE          1-wHITE      F/C:M   BY:TLA      REG:04/11/02
PO BOX 684                ♦BORN♦      MAR:S  AGE:66  SEX:F   00:12
WESTWOOD         MA 02090  PHONE: 0000000000  RELIGION: CAT   VET:N
EMPLOYER:                      TO HOSPITAL VIA:CAR
ACC TYPE:E
LGL NEXT/KIN:DEROSA FRANCES      REL:0        PHONE:0000000000
ADDR:
OTHER INFO:
FAMILY DOCTOR: NONE            SEEN & AGREE:_____
PT CMPLT:L BREAST INJ          DISCUSSED & AGREE:_____
HEARING IMPAIRED:      DEAF:   RECORD REVD BY:_____
NEEDS ALD/TTY DEVICE:          04/11/02/WITHIN 24 HRS/OTHER:_____

Maine Medical Center
Page 2 of 4
## STANDARD OF CARE FOR GENERAL
MEDICAL/SURGICAL PATIENT IN
THE EMERGENCY DEPARTMENT

DEROSA, ROSALIE          ENERG
044737680001~          F CAS~
DOS: 04/11/02 00:12 DR.
SPH:_____ DT:_____ TM: :

DATE:_____

**CHARTING BY EXCEPTION (CBE) SYMBOLS ARE USED ONLY WITH THE ASSESSMENT/REASSESSMENT/OBSERVATION PARAMETERS**

CBE Symbols: 0 = Within defined parameter or meets the patient's normal parameter as identified on the Admission Assessment.

    * = Variance from defined Parameter. Requires a Focus Note/flowsheet entry to describe exception.

    > = In agreement with entire Focus Note associated with previous exception charting.

Assessment with a (•) is minimum requirement for the standard. Assessment Parameters used:  ☒ Adult  ☐ Pediatric

| ASSESSMENT PARAMETERS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24-h Time | 0200 | | | | | | | | | |
| Neurological (AP) | | | | | | | | | | |
| Cardiovascular (AP) | | | | | | | | | | |
| Respiratory (AP) | | | | | | | | | | |
| Gastrointestinal (AP) | | | | | | | | | | |
| Genitourinary (AP) | | | | | | | | | | |
| Integumentary (AP) | | | | | | | | | | |
| Musculoskeletal (AP) | | | | | | | | | | |
| Neurovascular (AP) | | | | | | | | | | |
| • Pain (OP)  Q8H  if pain Q4H | | | | | | | | | | |
| Pain Scale # | | | | | | | | | | |
| • Functional (OP)  once | | | | | | | | | | |
| • Learning (AP)  once | | | | | | | | | | |
| • Mental Status (AP)  once | | | | | | | | | | |
| Psychosocial (AP) | | | | | | | | | | |
| Amniotic Fluid (OP) | | | | | | | | | | |
| Vaginal Bleeding (OP) | | | | | | | | | | |
| Uterine Activity (OP) | | | | | | | | | | |
| Breast Nipple (OP) | | | | | | | | | | |
| Perineal (OP) | | | | | | | | | | |
| IV Site (OP): *Q8H (adult); Q4H (pediatric) until IV discontinued.* Specify type/location of peripheral/arterial/central venous/epidural catheters/PICC | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**INTERVENTIONS:**

1. Obtain a focused history of presenting problem, taking into account growth/development, cultural and/or communication needs.
2. Obtain vital signs (TPR, BP) at initial assessment and every 8 hours.
3. Mass all patients under 12 years of age.
4. Initiate appropriate triage protocols for X-ray orders, unit tests (urine dipstick, urine HCG, glucose testing by glucometer), medication administration, and EKG orders.
5. Place patient presenting with chest pain, palpitations, dyspnea or drug/alcohol overdose on continuous cardiac, $O_2$ saturation, and BP monitoring. Record parameters at initial assessment.
6. Begin $O_2$ administration as indicated.
7. Establish IV access and draw lab to hold as indicated.
8. Monitor every 2 hours for comfort, toileting and dietary needs.
9. Evaluate all wounds/burns for size, color, depth, sensation, circulatory status, and presence/absence of foreign bodies.
10. Evaluate range of motion, edema, ecchymosis and/or deformity of an injured extremity at initial assessment and as indicated.
11. Encourage patient and/or support person to verbalize feelings/concerns.
12. Identify age appropriate coping mechanisms; provide support as needed.
13. Keep patient and/or support person informed of treatment plan and progress.
14. If patient expires, offer support person(s) assistance in dealing with the grief process. Follow **"Guidelines for Anatomical Gifts"**.

ED    144585+ 5/01  avr 1-6506

EMERGENCY DEPARTMENT RECORD

DEROSA, ROSALIE

REG:04/11/02    00:12    04473768000:1

| PATIENT EVALUATION & TREATMENT |

DICTATED:☑

957392

CONSULT WITH:☐

---

| DIAGNOSIS | Breast Abss |

| | CONTINUED:☐ |
| | DISPOSITION |
| | ☐ D.O.A.   ☐ DIED |
| | ☐ HOME   ☐ ADMITTED TO:   TIME |
| | ☐ IMPROVED   ☑ STABLE |

SIGNATURE

## PATIENT INSTRUCTIONS

EMERGENCY DEPARTMENT  •  MAINE MEDICAL CENTER  •  PORTLAND, MAINE 04102  •  (207) 871-2381

THE EXAMINATION AND TREATMENT YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY AND IS NOT INTENDED TO BE A SUBSTITUTE
OR REPLACEMENT FOR COMPLETE CARE FROM YOUR PERSONAL PHYSICIAN. ALL X-RAYS AND EKGS ARE REVIEWED BY SPECIALIST PHYSICIANS.
IF ANY INTERPRETATION DIFFERS FROM THE EMERGENCY READING, WE WILL CONTACT YOU. YOU SHOULD FOLLOW THE INSTRUCTIONS GIVEN
AND FOLLOW UP WITH:

INSTRUCTION SHEETS GIVEN

AFTERCARE
INSTRUCTIONS ☐

MED. CATEGORY

OTHER ☐                    DIAGNOSIS

☐ REFERRED
TO _Call Breast care_
☐ MEDICATIONS PRESCRIBED
_centers in scarboro_

_Warm compress to area_

_Watch for redness or fever_

I HAVE READ AND UNDERSTAND THE
ABOVE INSTRUCTIONS

SIGNATURE
(PATIENT OR LEGAL GUARDIAN)

OO CALL 871-2020 FOR TEST RESULTS
IF INSTRUCTED BY CARE GIVER

4733-0607/4010 ©8900, Moore North America. All rights reserved - (7/02)

MMC/ED
DEROSA, ROSALEE     0447-37-68-0001     DATE:   04/11/2002

CC:  Injury to breast.  The patient is a 66-year-old white female who
injured her left breast within the last week due to a punching episode.
Has more pain and soreness in the breast at the present time.

PMH:  Significant for prior breast lump removal which was cancerous.  She
has had follow up since that time and had a negative checkup within the
last two months.

MEDS:  Voltaren.

ALL:  Aspirin, penicillin, erythromycin, sulfa and Rocephin.

FH:  Negative.

SH:  The patient has moved up here from the Boston area and hopes for
better living situation.

PE:  On physical examination the patient is awake and alert in no apparent
distress.  Vital signs are normal.  HEENT is unremarkable.  Neck is supple.
Chest is clear.  There is tenderness in the left breast with an obvious 8 x
8 cm mass near the left nipple.  There is no overlying erythema or any skin
changes.

IMP:  Breast contusion with breast mass present.  The breast has an 8 x 8
cm mass in the left breast near the nipple.  No erythema is noted.

PLAN:  The patient will follow up as needed with the Maine Breast Clinic
and that number is given.  She may use hot packs in the meantime to help
with the symptoms.


JOHN R. SAUCIER, MD
D 04/11/2002  06:17     T 04/11/2002  13:39/170
"DRAFT" UNTIL SIGNED

## Maine Medical Center
22 Bramhall Street
Portland, ME 04102-3175

**Account Number**
004473768-0001

**Statement Date**
April 18, 2002

**Page 01 of 02**

# Patient Bill for Rosalie Derosa

*Thank you for choosing Maine Medical Center as your health care provider. An itemization of Outpatient Services for 04/11/02 is provided below. Please keep this statement for your records.*

## Summary of Charges

*DATE OF VISIT: April 11, 2002*

| | |
|---|---|
| Total Charges | $204.50 |
| Credits/Payments | $0.00 |
| Adjustments | $0.00 |
| Total Billed To Your Insurance | $204.50 |
| Total Due From You At This Time | $0.00 |

**Questions about your Bill?**

Call Patient Accounts Office at 207-871-2411 or toll free in Maine 1-800-974-2072 Monday through Friday from 8:00 am to 4:30 pm.

---

## MAINE MEDICAL CENTER

Please detach this portion and return with your payment

| Patient | Account Number | Due Date | Amount Due | Enclosed |
|---|---|---|---|---|
| Rosalie Derosa | 004473768-0001 | | $0.00 | |

**Maine Medical Center**
**22 Bramhall Street**
**Portland, ME 04102-3175**

Complete the reverse side to pay by credit card.

Rosalie Derosa
Po Box 684
Pt Refused
Westwood, MA 02090

☐ If your insurance has changed, please indicate changes on the back of this page

410# N

## Maine Medical Center

22 Bramhall Street
Portland, ME 04102-3175

**Account Number**
004473768-0001

## Patient Bill for Rosalie Derosa

*Thank you for choosing Maine Medical Center as your health care provider. An itemization of Outpatient Services for 04/11/02 is provided below. Please keep this statement for your records.*

Statement Date
April 18, 2002

Page 01 of 02

## Summary of Charges

*DATE OF VISIT: April 11, 2002*

| | |
|---|---|
| Total Charges | $204.50 |
| Credits / Payments | $0.00 |
| Adjustments | $0.00 |
| Total Billed To Your Insurance | $204.50 |
| Total Due From You At This Time | $0.00 |

**Questions about your Bill?**

Call Patient Accounts Office at 207-871-2411 or toll free in Maine 1-800-974-2072 Monday through Friday from 8:00 am to 4:30 pm.

---

## MAINE MEDICAL CENTER

Please detach this portion and return with your payment

| Patient | Account Number | Due Date | Amount Due | Enclosed |
|---|---|---|---|---|
| Rosalie Derosa | 004473768-0001 | | $0.00 | |

**Maine Medical Center**
**22 Bramhall Street**
**Portland, ME 04102-3175**

Complete the reverse side to pay by credit card.

Rosalie Derosa
Po Box 684

Westwood, MA  02090

If your insurance has changed, please indicate changes on the back of this page

410# N

# MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT RECORD

440352

| CALL PATIENT BACK ON | DATE | FOR | REASON | NAME | CHARGE LEVEL | TRAUMA ROOM | POSTED |
|---|---|---|---|---|---|---|---|

| TRIAGE NOTE | TIME: | TRIAGE NURSE: | | | | TRIAGE CATEGORY: |
|---|---|---|---|---|---|---|

| | T | P | R | BP | RL |
|---|---|---|---|---|---|

| | TIMES |
|---|---|
| CUBICLE | |
| SEEN | |
| CONSULT | |
| DISCHARGE | |

*see attached nt*

MEDICATIONS

| ALLERGIES | | LAST TETANUS | | LNMP | |
|---|---|---|---|---|---|
| **NURSES NOTES** PRIMARY NURSE: | TIME | TEMP | P | R | **BLOOD PRESSURE** RIGHT / LEFT |
| | | | | | |
| | | | | | |
| | | | | | |

☐ SEE OTHER NURSES' NOTES

| ORDERS | RECORDS CALLED AT | ORD. BY | TIME | ACTION BY | TIME |
|---|---|---|---|---|---|
| Breast care reatter - scanbrron | | | | done | |
| Vicodin (4) - i po q4h prn | | | | | |
| | | | | | |
| | | | | | |

ATTENDING PHYSICIAN

RESIDENT / PHYSICIAN ASSISTANT / MEDICAL STUDENT

EMRGR-5737
04/11/02  00:21

MAINE MEDICAL CENTER
EMERGENCY RECORD
================
044737680001

DEROSA, ROSALIE          1-wHITE    F/C:M    BY:TLA    REG:04/11/02
PO BOX 684              ＊BORN＋07/26/95  MAR:S   AGE:66   SEX:F   00:12
WESTWOOD          MA 02090  PHONE: 0000000000  RELIGION: CAT  VET:N
EMPLOYER:                        TO HOSPITAL VIA:CAR
ACC TYPE:E                                          SS#:029264584
LGL NEXT/KIN:DEROSA FRANCES    REL:O        PHONE:0000000000
ADDR:
OTHER INFO:
FAMILY DOCTOR: NONE            SEEN & AGREE:_____
PT CMPLT:L BREAST INJ          DISCUSSED & AGREE:_____
HEARING IMPAIRED:     DEAF:    RECORD REVD BY:_____
NEEDS ALD/TTY DEVICE:          04/11/02/WITHIN 24 HRS/OTHER:_____

MAINE MEDICAL CENTER
**EMERGENCY DEPARTMENT RECORD**

440352

DEROSA, ROSALIE                REG:04/11/02      00:12                044737680001

| PATIENT EVALUATION & TREATMENT | DICTATED: ☑ | CONSULT WITH: ☐ |

977382

---

| **DIAGNOSIS** | Breast Abcess | CONTINUED: ☐ |
| | | DISPOSITION |
| | | ☐ D.O.A.  ☐ DIED |
| | SIGNATURE | ☐ HOME  ☐ ADMITTED TO:  TIME |
| | | ☐ IMPROVED  ☑ STABLE |

## PATIENT INSTRUCTIONS

**EMERGENCY DEPARTMENT • MAINE MEDICAL CENTER • PORTLAND, MAINE 04102 • (207) 871-2381**

THE EXAMINATION AND TREATMENT YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY AND IS NOT INTENDED TO BE A SUBSTITUTE OR REPLACEMENT FOR COMPLETE CARE FROM YOUR PERSONAL PHYSICIAN. ALL X-RAYS AND EKGS ARE REVIEWED BY SPECIALIST PHYSICIANS. IF ANY INTERPRETATION DIFFERS FROM THE EMERGENCY READING, WE WILL CONTACT YOU. YOU SHOULD FOLLOW THE INSTRUCTIONS GIVEN AND FOLLOW UP WITH:

INSTRUCTION SHEETS GIVEN

AFTERCARE INSTRUCTIONS ☐

MED. CATEGORY

OTHER ☐

☐ REFERRED TO _Call Breast care_
☐ MEDICATIONS PRESCRIBED
_Center in scarboro in_

DIAGNOSIS

Warm compress to area
Watch for redness or fever

I HAVE READ AND UNDERSTAND THE ABOVE INSTRUCTIONS

SIGNATURE
(PATIENT OR LEGAL GUARDIAN)

OO CALL 871-2020 FOR TEST RESULTS
IF INSTRUCTED BY CARE GIVER

Maine Medical Center
Page 1 of 4

# STANDARD OF CARE
## FOR GENERAL MEDICAL/
## SURGICAL PATIENT IN THE
## EMERGENCY DEPARTMENT


144585

```
DEROSA, ROSALIE            EMERG
044737680001  02/26/35 F CAT
DOS: 04/11/02 00:12 DR.
SPM: _____  DT: ___  TM: :
```

DATE: 4/11/02        24-h Time: 0050        Triage Nurse: _____ RN    Triage Category: 4 ____

## COLLABORATIVE PROBLEMS

1. Physical/emotional symptoms of helath condition.

2. Anxiety.

3. _____

### OUTCOMES                                                    MET

a. Meets discharge criteria or admitted to an
   inpatient unit.                                             _____

a. Verbalizes/demonstrates understanding of disease
   process, treatment plan and follow-up care.                _____

a. _____                                           _____

---

## PRIMARY ASSESSMENT:

T 37  ☐ Tympanic/rectal  ☐ PO  ☐ Rectal  P 58  R 16  B/P 148/55  Pulse Oximetry % ____  ☐ R/A  ☐ O₂ ___ lpm

Pain Scale # _____

*States assaulted 1 week punched in ® breast area c̄ ecchymosis
c/o increasing pain*

*Hx of breast CA  arthritis*

Tetanus Status: _____  Last Normal Menstrual Period: _____  Mass _____ ☐ kg.

Interpreter called: ☐ 24-h time _____ ☐ Not Applicable ☐ Refused   Abuse Screening ☐ Done ☐ N/A

Allergies: *ASA Penicillin E Mycin Sulfa Reglan*

Medications: *Voltaren (recent 1 week ago)*

C-spine Protocol: Physician _____  ☐ Immobilized  ☐ C-collar removed

## PROTOCOLS: Check protocols initiated.

☐ Triage (Medical)

☐ _____

☐ _____

REFERRALS MADE:                    DATE

| 24-h Time/Initials | | Signature/Title | 24-h Time/Initials | | Signature/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ED    144585* 5/01  avr 1-6506

Maine Medical Center
. Page 2 of 4
**STANDARD OF CARE FOR GENERAL**
**MEDICAL/SURGICAL PATIENT IN**
**THE EMERGENCY DEPARTMENT**

DATE: _____

```
┌─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
│   ─ ─ ─ ─  ─ ─                    │
│    DEROSA, ROSALIE        EMERG    │
│    044737680001  07/26/33 F CAT-2  │
│    DOS: 04/11/02 00:12 DR._____  │
│    SPM:_____ DT:____ TM:_:___    │
└─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```

<u>CHARTING BY EXCEPTION (CBE) SYMBOLS ARE USED ONLY WITH THE ASSESSMENT/REASSESSMENT/OBSERVATION PARAMETERS</u>

CBE Symbols: 0 = Within defined parameter or meets the patient's normal parameter as identified on the Admission Assessment.

* = Variance from defined Parameter. Requires a Focus Note/flowsheet entry to describe exception.

> = In agreement with entire Focus Note associated with previous exception charting.

Assessment with a (•) is minimum requirement for the standard. Assessment Parameters used: ☒ Adult ☐ Pediatric

| ASSESSMENT PARAMETERS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-h Time | 0200 | | | | | | | | | | |
| Neurological (AP) | | | | | | | | | | | |
| Cardiovascular (AP) | | | | | | | | | | | |
| Respiratory (AP) | | | | | | | | | | | |
| Gastrointestinal (AP) | | | | | | | | | | | |
| Genitourinary (AP) | | | | | | | | | | | |
| Integumentary (AP) | | | | | | | | | | | |
| Musculoskeletal (AP) | | | | | | | | | | | |
| Neurovascular (AP) | | | | | | | | | | | |
| • Pain (OP)  *Q8H* If pain *Q4H* | | | | | | | | | | | |
| Pain Scale # | | | | | | | | | | | |
| • Functional (OP)  *once* | | | | | | | | | | | |
| • Learning (AP)  *once* | | | | | | | | | | | |
| • Mental Status (AP)  *once* | | | | | | | | | | | |
| Psychosocial (AP) | | | | | | | | | | | |
| Amniotic Fluid (OP) | | | | | | | | | | | |
| Vaginal Bleeding (OP) | | | | | | | | | | | |
| Uterine Activity (OP) | | | | | | | | | | | |
| Breast Nipple (OP) | | | | | | | | | | | |
| Perineal (OP) | | | | | | | | | | | |
| IV Site (OP): *Q8H (adult); Q4H (pediatric) until IV discontinued.* Specify type/location of peripheral/arterial/central venous/epidural catheters/ PICC | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**INTERVENTIONS:**

1. Obtain a focused history of presenting problem, taking into account growth/development, cultural and/or communication needs.
2. Obtain vital signs (TPR, BP) at initial assessment and every 8 hours.
3. Mass all patients under 12 years of age.
4. Initiate appropriate triage protocols for X-ray orders, unit tests (urine dipstick, urine HCG, glucose testing by glucometer), medication administration, and EKG orders.
5. Place patient presenting with chest pain, palpitations, dyspnea or drug/alcohol overdose on continuous cardiac, $O_2$ saturation, and BP monitoring. Record parameters at initial assessment.
6. Begin $O_2$ administration as indicated.
7. Establish IV access and draw lab to hold as indicated.
8. Monitor every 2 hours for comfort, toileting and dietary needs.
9. Evaluate all wounds/burns for size, color, depth, sensation, circulatory status, and presence/absence of foreign bodies.
10. Evaluate range of motion, edema, ecchymosis and/or deformity of an injured extremity at initial assessment and as indicated.
11. Encourage patient and/or support person to verbalize feelings/concerns.
12. Identify age appropriate coping mechanisms; provide support as needed.
13. Keep patient and/or support person informed of treatment plan and progress.
14. If patient expires, offer support person(s) assistance in dealing with the grief process. Follow "Guidelines for Anatomical Gifts".

ED    144585+ 5/01  avr 1-6506

MMC/ED
DEROSA, ROSALEE          0447-37-68-0001          DATE:     04/11/2002

CC:  Injury to breast.  The patient is a 66-year-old white female who
injured her left breast within the last week due to a punching episode.
Has more pain and soreness in the breast at the present time.

PMH:  Significant for prior breast lump removal which was cancerous.  She
has had follow up since that time and had a negative checkup within the
last two months.

MEDS:  Voltaren.

ALL:  Aspirin, penicillin, erythromycin, sulfa and Rocephin.

FH:  Negative.

SH:  The patient has moved up here from the Boston area and hopes for
better living situation.

PE:  On physical examination the patient is awake and alert in no apparent
distress.  Vital signs are normal.  HEENT is unremarkable.  Neck is supple.
Chest is clear.  There is tenderness in the left breast with an obvious 8 x
8 cm mass near the left nipple.  There is no overlying erythema or any skin
changes.

IMP:  Breast contusion with breast mass present.  The breast has an 8 x 8
cm mass in the left breast near the nipple.  No erythema is noted.

PLAN:  The patient will follow up as needed with the Maine Breast Clinic
and that number is given.  She may use hot packs in the meantime to help
with the symptoms.


JOHN R. SAUCIER, MD
D 04/11/2002  06:17     T 04/11/2002  13:39/170
"DRAFT" UNTIL SIGNED


Page 1 of 1

## Maine Medical Center

Emergency Department          Brighton FirstCare
22 Bramhall Street            335 Brighton Ave.
Portland, ME   04102          Portland, ME   04102
(207)871-2381                 (207)879-8111
-------------------------------------------------------------

**Patient Name:** ROSALIE DEROSA  **DOB:** 07/26/1935 **DOS:**04/11/2002
**Visit Number:** 044737680001  **Visit Location:** ER - Bramhall Campus
-------------------------------------------------------------

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should **FOLLOW THE INSTRUCTIONS BELOW.**

A treating provider for you was:
The supervising/treating physician John Saucier M.D.
You were discharged by Vicki C RN on 04/11/2002 at 02:07

**TODAY YOUR DIAGNOSIS IS:** breast lump

**Do the following:**
Follow-up at Breast Care Center

**Call your doctor if you have:**
- any new or severe symptoms.




**MOIST HEAT** (Warm Packs).
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**M**oist heat will help your injured area heal and relax.

**Follow these steps carefully to use warm packs:**
1) Wet and wring out clean towels in comfortably warm water. **Use Warm, Not Hot Water!**
2) Put the warm, wet towels on the affected area and cover the wet towels with a waterproof cover. Lay a dry towel over this cover.
3) Leave the pack on for 20 minutes.
4) Repeat this every 4 to 6 hours while awake.
**Stop Using the Warm Packs and Call your doctor if you have:**

# Maine Medical Center

| Emergency Department | Brighton FirstCare |
|---|---|
| 22 Bramhall Street | 335 Brighton Ave. |
| Portland, ME  04102 | Portland, ME  04102 |
| (207)871-2381 | (207)879-8111 |

---

**Patient Name:** ROSALIE DEROSA  **DOB:** 07/26/1935 **DOS:**04/11/2002
**Visit Number:** 044737680001  **Visit Location:** ER - Bramhall Campus

---

IMPORTANT: We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

A treating provider for you was:
The supervising/treating physician John Saucier M.D.
You were discharged by Vicki C RN on 04/11/2002 at 02:07

TODAY YOUR DIAGNOSIS IS: breast lump

Do the following:
Follow-up at Breast Care Center

Call your doctor if you have:
- any new or severe symptoms.

MOIST HEAT (Warm Packs).
*************************************************************
Moist heat will help your injured area heal and relax.

Follow these steps carefully to use warm packs:
1) Wet and wring out clean towels in comfortably warm water. Use Warm, Not Hot Water!
2) Put the warm, wet towels on the affected area and cover the wet towels with a waterproof cover. Lay a dry towel over this cover.
3) Leave the pack on for 20 minutes.
4) Repeat this every 4 to 6 hours while awake.
Stop Using the Warm Packs and Call your doctor if you have:

- blisters or redness.
- loss of feeling.
- swelling.
- any new or severe symptoms.

*************************************************************
THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
*************************************************************
Follow-up at the Breast Care Center. Call as soon as possible to make the appointment. You can reach the clinic at 885-7760.
*************************************************************
Return to the Emergency Department at Maine Medical Center if you have any new or worsening symptoms - any redness of fever.
*************************************************************

AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, you may return here.

X-Ray Reports:
If you had an X-Ray taken today you may need to obtain copies of your x-rays to take to your follow-up visit:

The Maine Medical Center Radiology Department has established a Central Film Library, (CFL) at 125 John Roberts Road, Unit 3, in South Portland. Images done at the various MMC facilities are usually transported to the John Roberts Road site and not stored at the performing facility.

If your physician request you to bring your images with you to your next appointment, please follow the instructions below.

1. Call Central Film Library, 24 hours in advance if

```
============================= CHART NOTE ==============
     LC# :    000000108911114              PRINTED ON :  10/18/02   1220
                                              BY :  MR006SMK   SK8B
```

20020923DEROSA, ROSALIE               REVISED
```
     ** NOTE: THE FINAL SIGNED COPY OF THIS DOCUMENT IS FILED IN THE    **
     **      PATIENT MEDICAL RECORD AND MAY VARY FROM   THIS COPY       **
```

LAHEY CLINIC MEDICAL CENTER — Burlington, Ma.
GENERAL SURGERY

NAME:    DEROSA, ROSALIE
DATE:    09/23/02
LCMC NO.:  108 91 14

CHIEF COMPLAINT AND REASON FOR CONSULTATION: Left breast mass.

HISTORY OF PRESENT ILLNESS: This patient is a 67—year—old Christian woman with a history of bilateral breast biopsies in the past. The right breast was biopsied when the patient was age 12 and the left breast was biopsied 25 years ago at the Faulkner Hospital with a finding of carcinoma. At that time she had removal of a mass complicated by hemorrhage requiring transfusions. She subsequently healed and did not require radiation or chemotherapy by her own history. I have no records from the Faulkner to support this. Approximately six months ago, in March 2002, Ms. Derosa stated that she was assaulted while up in Maine and suffered numerous blows to the left breast resulting in a large hematoma with extensive ecchymoses and swelling to the left arm. The left arm subsequently has remained swollen up at the level of the proximal humerus. The black and blue has for the most part resolved, however she developed a mass secondary to the assault in the breast which has not resolved. She was seen at a hospital in Maine but was not admitted and was subsequently seen at the Norwood Hospital for this mass. Five ultrasound—guided core biopsies were performed according to the patient after the assault, however the pathology slip is marked February of 2002 and this showed atypical hyperplasia but no cancer. She now has pain in the left breast which will wake her at night as well as the left shoulder swelling.

ALLERGIES: She has numerous drug allergies with the noted response as loss of vital signs when she takes Penicillin, cephalosporins, erythromycin in particular.

She has a number of orthopedic issues for which she has seen someone in her local area.

PHYSICAL EXAMINATION: On physical examination the patient is a pleasant, talkative woman accompanied by her friend. She is mildly obese. Her chest is clear. The heart is without rub, murmur or gallop. There is fine lymphadenopathy in both supraclavicular fossa but none under the arms. The right breast has a circum—areolar scar without masses, retraction, or skin change. There is no nipple discharge. The left breast reveals that there is vascular engorgement in the venous plexus. There is no evidence of peau d'orange however there is mild erythema about a 6 x 6 cm subareolar mass. There is an area where there appears to be neoplastic growth into the skin just to the lateral aspect of the nipple. There is no nipple discharge. There is fixation of the skin and mild retraction at this point. I could not appreciate axillary lymphadenopathy on the left. There seems to be very mild

```
============================= CHART NOTE ==============
    LC# :    000001089114          PRINTED ON : 10/18/02  1220
                                         BY :  MR006SMK  SK8B
```

edema to the left proximal arm.

IMPRESSION: My impression is that the patient probably has recurrent carcinoma of the left breast. I have discussed with her that we need to perform an excisional biopsy of this lump to guarantee that we have adequate histology. It is possible but not likely that she has organized hematoma from her assault suffered in March 2002. The operative procedure, the risks and benefits, and potential post-operative need for follow-up have all been discussed. She appears to understand and wishes to proceed.

J. Lawrence Munson, M.D.
N#
D: 09/23/02, R: , T: 09/25/02
JLM:nsmt:mjg


```
============================= END OF DOCUMENT ==============
```

Sept 4  2002

To  P Z Massamont Inc.  Claim No MAS0021132
Keith Daleb
Bus Operated by Ken Van Leer

On March 30-002 I had been in
Shaws with Mrs De Rosa. the Mt.
Hope bus pulled in front of Shaws window.
Mrs. DeRosa asked the bus driver
to moved the bus so she could
use the wheelchair lift. the driver
would not move the bus -
Mrs. DeRosa had difficalty trying
to get on the lift so the driver
went to push her on the lift. the
driver was in a rage screaming
at her to hurry up. Mrs DeRosa asked
the bus driver to let me help
her he said no he would not the
bus driver said no he was going to do
it his way there were no passagers
on his bus they had all got off at
Shaws. the bus driver was in a
rage he went to hit Mrs. DeRosa
left arm and then her left breast
I screamed at her to let go of
her but he would not he just kept

1

hitting her left arm and left Breast Mrs. DeRosa was hysterical she demanded that the driver let her off the lift the driver went smashing the wheelchair into the wall and then went pushing her into the lift because he could not get her off the lift was only inches away from the wall of Shaws. Mrs. DeRosa told the driver to let her go the driver was still in a rage. I took Mrs. DeRosa to the payphone at Shaw Mrs. DeRosa called Bangor Bus and talked to the supervisor Joseph McNeil and he sent her a bus to take her to St Joseph Hospital the Emergency. Joseph McNeil came with his car and met us on the bus that he sent for us he asked Mrs. DeRosa do you want me to call the police she said no she wanted to go to the hospital she said she was in a lot of pain. the hospital saw that the bus driver left us off there, Mrs. DeRosa was in sever pain in her left arm and her left

2

breast her left breast was serverly swollen the doctor gave Mrs DeRosa medican and refered her to a specialist.

Frances DeRosa
PO Box 684
WestWood, Mass 02090

Frances DeRosa

Frances DeRosa appeared before me this 5th day of September, 2002.

April Napier

APRIL A. NAPIER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 10, 2009

3

SepT 4 - 2002

P Z Mossamount Inc Claim NO. MASC027132
att Keith Daleb
Bus Operated by Ken VanLeer

March 30 - 2002 I had been in Shaws. MT Hope bus pulled in front of Shaws window. I asked the driver to move the bus so I could use the Wheelchair lift, he would not move the bus. I had difficalty trying to get on the lift, so the driver went to push me on to the lift, the driver was screaming at me to hurry. I asked the driver to let the lady on the bus to help me, as that is what she always does, the driver said no, he would do it his way. He grabbed me by the left arm and begain To punch me in the left arm and in the left breast I went Hysterical. I demanded to get of the lift. The driver went smashing the wheelchair in the wall and smashing it into the lift. As he could not get the wheelchair of the lift that easy it was on top of the wall I demanded the driver to let me go

over

2

The driver went into a rage he was that way from the begining, in a rage I called the Bangor Bus and talked to the supervisor Joseph McNeil and he sent a bus to take me to ST Joseph Hospital, Emergency. The Hospital saw the bus driver let me off I was in severe pain and bleeding internally in the breast, was severly swollen, in the breast. The doctor refered me to a specalist and gave me medican to take I was assaulted over and over that day by Ken Van Leer. Joseph McNeil came with this car with the bus driver ahead of him driving the bus Joseph McNeil asked me if I wanted him to call Police I said no I wanted to go to hospital I was in a lot of paine Rosalie DeRosa

PO. Box 684
Westwood mass
02090
Frances D. DeRosa

Frances DeRosa appeared before me this 5th day of September, 2002.

April Napier

APRIL A. NAPIER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 10, 2009

Sept 4 — 2002

PZ Massamount Inc Claim NO MAS0021132
Att Keith Daleb
Bus Operated by Ken VanZeer

March 30 — 2002 I had been in
Shaws MT Hope bus pulled in
front of Shaws window. I asked the
driver to move the bus so I could
use the Wheelchair lift, he would
not move the bus. I had difficulty
trying to get on the lift, so the driver
went to push me on to the lift,
the driver was screaming at me to hurry.
I asked the driver to let the lady on
the bus to help me, as that is what
she always does, the driver said no
he would do it his way. He grabbed
me by the left arm and began to punch
me by the left arm and in the left breast.
I went Hysterical. I demanded
to get of the lift. The driver went
smashing the wheelchair in the wall
and smashing it into the lift, as
he could not get the wheelchair of the
lift, that easy it was on top of the
wall I demanded the driver to let
me so

o ver

2

The driver went into a rage he was that way from the begining, in a rage I called the Bangor Bus and talked to the supervisor Joseph Mc Neil and he sent a bus to take me to ST Joseph Hospital, Emergency. The Hospital saw the bus driver let me off I was in severe pain and bleeding enter-nally in the breast, was severly swollen in the breast. The doctor refered me to a specialist and gave me medican to take I was assaulted over and over that day by Ken Van Leer. Joseph Mc Neil came with this car with the bus driver ahead of him driveing the bus Joseph Mc Neil asked me if I wanted him to call Police I said no I wanted to go to hospital I was in a lot of Paine Rosalie DeRosa

PO. Box 684
Westwood Mass
02090

PO Box 1170
Greenfield, MA 01302

(800-444-3916)*413-774-2067
FAX (413-772-8503 - claims)

# MASSAMONT INSURANCE AGENCY, INC

## METROGARD & DIPLOMAX PROGRAMS

| To: | Miss DeRosa | Fax: | 781-890-1901 |
|---|---|---|---|
| From: | Cristy L. White | Date: | 09-04-02 |
| Re: | Statements | Pages: | 1 pages including cover |

We received your fax. However, they are illegible. Could you please send a hard copy to Massamont Insurance; P.O Box 1170; Greenfield, MA 01302.

Thank you.

CONFIDENTIAL

HP OfficeJet
Personal Printer/Fax/Copier

**Fax Log Report**

Sep-04-02    03:34 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 914137728503 | OK | 04 | Sent | Sep-04 | 03:32P | 00:02:01 | 002586030022 |

1.3.0    2.8

Nov 9- 2002.

Officer Clifford Worcester
   this is my Fax number
781 321-1690 to Fax saying you
recured my statements

               Thank You
               Mrs DeRoza

att Officer Green



# FAX

**Date:** 08-29-02

**To:** Rosalie DeRosa

**Fax:** 781-890-1901

**From:** Debbie Mumblo
Massamont Insurance Agency
800-444-3916  X671
**Email:** dmumblo@kscins.com

**RE:** Fax Received

**Claim #:** MAS-0021132

**DOL:** 03-30-02

**Insured:** City of Bangor

**Remarks:**
Mrs. DeRosa,
This is to let you know that we received your fax of 15 pages, which included medical records and two notes to Keith Daleb. I have forwarded your request for a copy of Mr. McNeal's statement to Keith Daleb for follow up.
Thanks,
Debbie M.

**Number of pages including this cover page:    1**

**If you do not receive all pages, please call 800-444-3916, X 671 for retransmission.**

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report**

Aug-29-02    02:59 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 914137728503 | OK | 15 | Sent | Aug-29 | 02:50P | 00:09:51 | 002586030022 |

*1.3.0    2.0*

8-28-2002

PZ Massamont Inc
Keith Daleb

This is to notify PZ Massamont Inc that Bangor Bus drivers would not pick me up, so I had to leave Bangor Maine. I could not keep Medical apts

Rosalie DeRosa

File NO MAS0021132

8-28-2002

P Z Massamont    Inc
Keith Daleb

I am sending you a copy of
St Joseph Hospital, Medical
Emergency Dept. Admission Date 3/30/2002
& Bills. And Maine Medical
Emergency Dept a copy of the Medical
Admission Date 4/11/2002, and bills

Rosalie DeRosa

File NO MAS 0021132

PS Please send copy of report from Joseph McNeil
supervisor of Bus

Sept. 4  2002

To

P Z Massamont Inc. Claim NO MAS0021132
Keith Daleb
Bus Operated by Ken Van Leer

On March 30-002 I had been in
Shaws with Mrs De Rosa. the Mt.
Hope bus pulled in front of Shaws window.
Mrs DeRosa asked the bus driver
to moved the bus so she could
use the wheelchair lift. the driver
would not move the bus.
Mrs DeRosa had difficulty trying
to get on the lift so the driver
went to push her on the lift. the
driver was in a rage screaming
at her to hurry up. Mrs DeRosa asked
the bus driver to let me help
her he said no he would not the
bus driver said no he was going to do
it his way there were no passagers
on his bus they had all got off at
Shaws. the bus driver was in a
rage he went to lift Mrs DeRosa
left arm and then her left breast
I screamed at her to let go of
her but he would not he just kept

1

biting her left arm and left wrist Mrs. DeRosa was hysterical she demanded that the driver let her off the lift the driver went smashing the wheelchair into the wall and then went pushing her into the lift because he could not get her of the lift was only inches away from the wall of Shaws. Mrs. DeRosa told the driver to let her go the driver was still in a rage. I took Mrs. DeRosa to the payphone at Shaw Mrs. DeRosa called Bangor Bus and talked to the supervisor Joseph McNeil and he sent her a bus to take her to St Joseph Hospital the Emergency. Joseph McNeil came with his car and met us on the bus that he sent for us he asked Mrs. DeRosa do you want me to call the police she said no she wanted to go to the hospital she said she was in a lot of pain. The hospital saw that the bus driver left us off there. Mrs. DeRosa was in sever pain in her left arm and her left

2

breast her left breast was
serverly swollen the doctor gave
Mrs DeRosa medican and
refered her to a specialist.

Frances DeRosa
PO Box 684
Westwood, Mass 02090

8-28-2002

PZ Massamont Inc
Keith Daleb.

This is to notify PZ Massamont Inc
that Bangor Bus drivers would
not pick me up, so I had to leave
Bangor Maine. I could not keep Medical
apts

Rosalie DeRosa

File NO MAS0021132

**HP OfficeJet**
Personal **Printer/Fax/Copier**

**Fax Log Report**

Sep-04-02    03:36 PM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 914137728503 | OK | 01 | Sent | Sep-04 | 03:35P | 00:00:32 | 002586030022 |

1.3.0   2.6

3-14-2003

Detictive Clifford Worseter
I have put Inside this enrald of
my medical reports from St
Joseph Hospital Bangor Main
And Maine Medical reports
Also Lahey Clinic Burlington
Mass These are all related to
the Physical Assault from
the City Bus Driver Ken
VanLeer Also inside is
a letter I sent Mr Valeb
& Mr Lawson. Maine Medical
in Portland. Also Sent letters
to PT Masamont Inc. Compi
also Hospital Bills Will be
sending Bill from Lahey Clinic.
Also any other bill related
to this Assault. I need to
here from you as to you Investigate
Please write to me address below.
Please send me a copy
McNeil Bus Report
Rosalie DeRosa
P.O. BOX 684 Westwood
Mass 02070

The Commonwealth of Massachusetts
County
Date 3/14/03
then personally appeared the above named
and acknowledged the foregoing instrument
to be his/her free act and deed, before me:
DANICK DUPOUX, Notary Public
My Commission Expires Aug. 15, 2008

Sept 5  2002

PZ Massamont Claim No MAS0021132
Keith Daleb
I am sending you a three
Page statement concerning
What happend to Mrs. De Rosa
on March 30 2002 with the
City of Bangor Busdriver &
Ken Van Lear

Frances DeRosa
PO Box 684
WestWood, Ma. 02090

NOV 9 2002.

Officer Clifford Worcester
    this is my Fax number
781 321-1690 to Fax saying you
recived my statements

            Thank You
            Mrs DeRosa


att Officer Green

8-28-2002

P Z Massamont Inc
Keith Daleb

I am sending you a copy of
ST Joseph Hospital, Medical
Emergency Dept. Admission Date 3/30/20
& Bills And Maine Medical
Emergency Dept a copy of the Medical
Admission Date 4/11/2002, and bills

Rosalie DeRosa

File NO MAS 0021132

PS Please send copy of report from Joseph McNei
supervisor of Bus

Sept 5 – 2002

L Massamont claim No MA50021132

Mr Dave Dawson
I am sending yowa copies
of what I have sent to Keith Daleb
I need to speek to yow as I
am having trouble with him.

Frances De Rosa
Rosalie DeRosa
P O Box 684
West Wood Ma 02090

Frances De Rosa

Francis De Rosa, appeared before
me this 5th day of September, 2002.

April Napier

APRIL A. NAPIER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 10, 2009

Sept 5 - 2002

P 2 Massamont Claim No MAS0021132

Keith Daleb

Mrs. Rosalie DeRosa and myself fax you on Sept 4-002, 5 pages of statement. My statement was 3 pages Mrs. DeRosa 2 pages concerning what happened on March 30-2002 with the City of Bangor Bus Driver Ken Van Leer. I am sending to you the same copies that was fax to you on Sept 4-002. On 8-29-002 when Mrs. DeRosa fax you Keith Daleb 13 pages of medical reports and 2 letters you did not state that the Doctors writing was illegible and you did not state that the two letter Mrs. DeRosa sent you were illegible. these letter were regarding how she was sending you St Joseph Hospital reports and Bills and Mein Medical Hospital reports and bills.

1

Mrs. DeRosa wants copies of all that in here file Including but not excluding all thats in Mrs. DeRosa file with exception to what she has given you.

Mrs. DeRosa wants disclosed your insurance Policy and the full amount and coverage.

When Mrs. DeRosa called you Keith Daleb on 8-29-00 2 and asked for you to fax her Joseph McNeil report the supervisor for Bangor City Bus you stated you could not give it to her so you would not fax the report instead Instead you said you needed a writen statement from Charlie Mitchel who is the risk manager for the City of Bangor.

Mrs DeRosa then said she would call Charlie Mitchel and tell him what your had stated to her. When Mrs DeRosa called Charlie Mitchel his reply to what you said was that he died not have to give you writen permission to give

2

Mrs De Rosa Joseph McNeil report. which was concerning Ken Van Leer who pick Mrs De Rosa up. Charlie Mitchell said you could just give it. When Mrs De Rosa phone you back at 1 800 444-3916 Ext 650 and told you Charlie Mitchel said you could just give it you wanted to quickly hang up on her and you did after she had said you were not telling the truth to her.

As You are not telling the truth concerning the 2 statements sent out to you by fax on Sept 4 2002 when You fax back Mrs De Rosa and Frances De Rosa you said there statement are illegible. these matter are of Public Record. Ed Wykowfki phone number I recived from Charlie Mitchell I called him and told him what happened and the severe pain I am in Ed Wykowfki told Mrs De Rosa to get a lawyer and

3

will do a deposition. then Mrs De Rosa got your number from Charlie Mitchell because for a month she kept calling Ed Wykoufki and leaving him 2 phone numbers that he could call me at and also my PO Box.

Mrs. De Rosa has a lump in her left breast and needs surgery.

*Frances DeRosa*

*Rosalie DeRosa*

*Frances DeRosa*

Frances De Rosa, appeared before me this 5th day of September, 2002.

*April Napier*

APRIL A. NAPIER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 10, 2009

4

# FOH

**Federal Occupational Health**
**a component of the US Public Health Service**
**Department of Health and Human Services**



DFOH, Occupational Health
United States Courthouse,
Rm.3410
1 Courthouse Way
Boston. Mass. 02210

April 19,2004

In addition to services already provided by your agency, the following

services are now offered to you at your FOH Health Unit.

( See attached " FOH Personal Agreement " form with those blood tests being offered.)

You need only to call in advance to schedule an appointment. Checks for services

rendered are to be made out to the Department of Veterans Affairs Medical Center.

A personal check, cashiers check or money order is acceptable.

Thank You.

Nancy Mucciaccio,R.N.

*Nancy Mucciaccio, RN.*

**healthy bodies**
**sound minds**
**a safe place to work**

## FOH Personal Agreement

In accordance with, and under the authority of Section 301 of P.L. 104-262 and Section 8153 of Title 38, the VA North Texas Health Care System (VANTHCS) agrees to provide _____ (insert your name) (hereinafter referred to as the buyer) with the following: The test(s) indicated below.

**BUYER TO PROVIDE:** Buyer to provide the specimen, and payment in accordance with the schedule set forth below.

**PRICING:** Employees of FOH may select any of the below listed tests:

| | | |
|---|---|---|
| a. | Blood Type: ABO RH | $3 |
| b. | Prostate Specific Antigen | $15 |
| c. | Lipid Panel: Total Cholesterol, HDL Cholesterol, Triglycerides | $3.50 |
| d. | Comprehensive Metabolic: | $3 |

Chemistry Panel: Glucose, Urea Nitrogen (BUN), Creatinine, BUN Creatinine ratio, Sodium, Potassium, Chloride, Carbon dioxide, Calcium, Total Protein, Albumin, Globulin, Albumin Globulin ratio, Total Bilirubin, Alkaline Phosphatase, Aspartate Aminotransferase (AST)

FOH is not liable for any claims under this agreement. The buyer is an independent party, and the VANTHCS is independent.

**TERM OF AGREEMENT:** The initial term of this agreement shall be from date of execution until the specimen result is reported.

**LIABILITY:** VA, as a department of the Federal Government, is a self-insurer. VA employees performing work under a sharing contract pursuant to 38 U.S.C. 8152 are covered by the Federal Tort Claims Act, and therefore not required to carry malpractice insurance.

**INDEPENDENT CONTRACTORS:** For the purpose of this agreement and all services to be provided hereunder, the parties shall be, and shall be deemed to be independent contractors and not agents or employees of the other party. Neither party shall have authority to make any statements, representations or commitments of any kind, or to take any action which shall be binding on the other party, except as may be expressly provided for herein or authorized in writing.

**NOTICES:** Any notices required by this agreement shall be in writing and shall be deemed to have been duly given (i) upon delivery if delivered by hand; (ii) three days subsequent to mailing if mailed by certified or registered mail; postage prepaid; or (iii) when transmitted if sent by telecopier or electronic mail, provided that a written acknowledgment of receipt is transmitted back to the sender by the recipient, addresses as indicated in this agreement.

**GOVERNING LAW:** This contract shall be governed, construed, and enforced in accordance with Federal Law.

**CONTRACT DISPUTES:** All disputes arising under or relating to this contract shall be resolved in accordance with this clause.
As used herein, "claim" means a written demand or assertion by one of the parties seeking, as a legal right, the payment of money, adjustment or interpretation of contract terms, or other relief, arising or relating to this contract.
Any controversy or claim arising out of or relating to this contract on behalf of the buyer shall be presented initially to the contract administrator for consideration. The Contracting Officer shall furnish a written reply on the claim to the buyer.
In the event the parties cannot amicably resolve the matter, any controversy or claim arising out of or relating to this contract, or breach thereof, shall be settled by arbitration at the VA Board of Contract Appeals in accordance with procedures set forth in the Alternative Means of Dispute Resolution, VA Directive 7433, and the Administrative Dispute Resolution Act of 1996, and judgment upon any award rendered by the Arbitrator(s) may be entered into any Court having jurisdiction thereof.
Any claim by the buyer must be presented no later than 30 calendar days after termination, or final expiration of the contract, whichever occurs earlier, otherwise buyer forfeits its right(s) to relief.

**MARKETING:** The buyer shall not advertise or use any marketing material, logs, trade names, service marks, or other material belonging to the VA without the VA's consent.

**ORDERING INSTRUCTIONS:** Please select the desired test(s) below and make payment for the total amount using a personal check, cashiers check, or money order.

| | | |
|---|---|---|
| a | _____ Blood type ABO RH | $3.00 |
| b | _____ Prostate Specific Antigen | $15.00 |
| c | _____ Lipid Panel | $3.50 |
| d | _____ Comprehensive Metabolic | $3.00 |

TOTAL  $_____

ACCEPTED FOR VA                ACCEPTED FOR THE BUYER

_____     _____     _____

Barbara Giddens            Date          Date
Contracting Officer