UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>     Rosalie DeRosa     </u>,
                Plaintiff,

       v.                       Civil Action No.  04-10802-WGY

<u>     Allied Security     </u>,
                Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☒    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

<u> 5/3/04                </u>                      <u>s/ William G. Young          </u>
DATE                                   UNITED STATES DISTRICT JUDGE