United States District Court
Date 7-6-2004

Rosalie DeRosa
V
Alide Security

04cv10802 WGY

Judge Young I am writing you to let you know Handicap Discrimination was the ladys room the HandieCap Stall they would not fix it the water was turned off the lock on the door was broken. I asked them to fix it time and time again, after months of waiting I called the board of Health. to go to South Station, and they did, they did not want to fix it so I called the Board of Health. and they went to South Station and gave them on day. They were denieing me the right to use the Stal thank You

Rosalie DeRosa
P.O. Box 684 Westwood
mass 02090